# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIELLE MCVEA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHEM, INC., <br><br> Defendant. | Case No. 1:20-cv-0934-JPH-DLP <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Doris L. Pryor |

## THE PARTIES' JOINT STIPULATION OF DISMISSAL

Plaintiff Danielle McVea and Defendant Anthem, Inc., by their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this Joint Stipulation of Dismissal and state:

The Parties stipulate to the dismissal of this case in its entirety with prejudice, with each party to bear its own costs and attorneys' fees.

DATED:  February 11, 2021.

Respectfully submitted,

ANTHEM, INC.

By: */s/ Lisa A. Dreishmire*
　　One of Its Attorneys

Christopher J. DeGroff
Indiana Bar No. 19321-64
Lisa A. Dreishmire
Illinois Bar No. 6310738
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Phone: (312) 460-5000
Fax: (312) 460-7000
E-mail: cdegroff@seyfarth.com
　　　　ldreishmire@seyfarth.com

Attorneys for Defendant Anthem, Inc.

DANIELLE MCVEA

By: */s/ Cherry Malichi*
　　Cherry Malichi

Cherry Malichi
Cherry Malichi, Esq.
5002 W. Evans Dr.
Glendale, AZ 85306
Phone: (317) 809-9811
E-mail: cherrymalichi@gmail.com

Attorney for Plaintiff Danielle McVea

## **CERTIFICATE OF SERVICE**

I certify that on February 11, 2021, I served the foregoing *Parties' Joint Stipulation of Dismissal* on all counsel of record via the Court's CM/ECF system.

>*/s/ Lisa A. Dreishmire*
>Lisa A. Dreishmire